391

## TIMONS v. JARVIS et al.

Supreme Court. Kent. March, 1796.

*Bayard's Notebook, 131.*

[PER] CURIAM. As process has issued against the witness jointly with the defendant, and as he still may be brought in and made to contribute to the damages taxed in this suit, we apprehend he is not competent. Witness rejected.

Court referred to Har., 123, 264.

*Read* and *Miller* for plaintiffs. *Bayard* for defendants.